

**IT IS ORDERED as set forth below:**

Date: June 8, 2015

_____

**W. Homer Drake
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: DAVID HERMAN LANIER ) | |
| ) | CASE NO. 14-11883WHD |
| Debtor ) | CHAPTER 13 |
| ) | |
| ) | JUDGE W. H. DRAKE |

ORDER

    This Matter came on for a hearing on Debtor's Motion To Value Property on April 9, 2015 at 9:20 a.m. and after proper service on all interested parties and there being no opposition at the call of the calendar was announced,

    THEREFORE, IT IS ORDERED that the value of the collateral securing the loan to CertusBank shall be at$71,970.00 for the real estate and $36,970.00 for the non-real estate for a total valuation of $108,940.00 secured. The remaining portion of the claim will be treated as a general unsecured claim.

END OF DOCUMENT

No Opposition:

s/_____
Adam Goodman, Esq.
Georgia Bar No. 300887
Chapter 13 Trustee

Order Prepared By:

s/_____
W. Luther Jones
Georgia Bar No. 398207
Attorney for Debtor
P.O. Box 905
LaGrange, GA  30241
(706)884-6633

**DISTRIBUTION LIST**
**CASE NO: 14-11883**

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street, N.W.
Suite 200
Atlanta, GA  30303

Certus Bank, N.A.
Attn: James T. Camp
P.O. Box 2578
Carrollton, GA 30112

David H. Lanier
19 Talley Road
LaGrange, GA 30240

W. Luther Jones
Attorney At Law
P.O. Box 905
LaGrange, GA  30241