UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

**TRUSTEE'S SUPPLEMENTAL STATUS REPORT
FOLLOWING ENTRY OF SUPPLEMENTAL ORDER ON CONFIRMATION
ENTERED JULY 29, 2015**

CASE NO.:   14-11883-WHD

DEBTOR(S):  DAVID HERMAN LANIER

**TRUSTEE TO REPORT BACK**

WHETHER DEBTOR'S PLAN PAYMENTS ARE CURRENT. PURSUANT TO THE SUPPLEMENTAL ORDER ON CONFIRMATION ENTERED ON JULY 29, 2015, DEBTOR IS REQUIRED TO MAKE TIMELY MONTHLY PLAN PAYMENTS UNDER STRICT COMPLICANCE FOR TWELVE (12) MONTHS. TRUSTEE ACKNOWLEDGES THAT DEBTOR FILE A MOTION TO SUSPEND PLAN PAYMENTS ON SEPTEMBER 11, 2015, BUT AT THE OCTOBER 29, 2015 CALENDAR DEBTOR'S ATTORNEY ANNOUNCED THAT THE MOTION WOULD BE WITHDRAWN.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTOR'S PAYMENTS REMAIN DELINQUENT.
DEBTOR'S LAST PAYMENT WAS RECEIVED ON OR ABOUT JULY 22, 2015.

PLEASE ENTER ATTACHED 109(g) ORDER OF DISMISSAL WITH PREJUDICE. TRUSTEE WILL SUBMIT A PROPOSED ORDER TO CHAMBERS.

November 5, 2015

/s/Jonathan S. Adams
Jonathan S. Adams, Atty. for
Chapter 13 Trustee
GA Bar No. 979073

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

14-11883-WHD

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR(S):

    DAVID HERMAN LANIER
    19 TALLEY ROAD
    LAGRANGE, GA 30240

ATTORNEY FOR DEBTOR(S):

    W. LUTHER JONES, ESQ.
    P.O. BOX 905
    LAGRANGE, GA  30241

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 5th day of November, 2015.

/s/Jonathan S. Adams
Jonathan S. Adams, Atty. for
Chapter 13 Trustee
GA Bar No. 979073

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444